**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Periodic Brewing, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **Periodic Brewery**<br>**Periodic Brewing** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1596070** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **10647 Fillmore Way**<br>**Northglenn, CO 80233**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Adams**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Periodic Brewing, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

Debtor    **Periodic Brewing, LLC**                                  Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 3

Debtor   **Periodic Brewing, LLC**
Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Periodic Brewing, LLC**_____         Case number (*if known*) _____
     Name

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2021**_____
             MM / DD / YYYY

**X** **/s/ Gregory C. Labbe**_____        **Gregory C. Labbe**_____
     Signature of authorized representative of debtor          Printed name

Title    **Managing Member**_____

**18. Signature of attorney**

**X** **/s/ Jeffrey A. Weinman**_____    Date **November 23, 2021**_____
     Signature of attorney for debtor                   MM / DD / YYYY

**Jeffrey A. Weinman 7605**_____
Printed name

**Weinman & Associates, P.C.**_____
Firm name

**730 17th Street**
**Suite 240**
**Denver, CO 80202**_____
Number, Street, City, State & ZIP Code

Contact phone    **303-572-1010**_____    Email address    **jweinman@weinmanpc.com**_____

**7605 CO**_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Periodic Brewing, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$0.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$364,213.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$784,998.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

Debtor **Periodic Brewing, LLC**        Case number *(if known)* _____

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Gregory C. Labbe**<br>**10647 Fillmore Way**<br>**Northglenn, CO 80233**<br>**Managing Member** | **May 2020 -**<br>**August 2020** | **$38,674.47** | **Expense reimbursement (lease payments, supplies, equipment purchases)** |
| 4.2. **Pamela H. Labbe**<br>**10647 Fillmore Way**<br>**Northglenn, CO 80233**<br>**Managing Member** | **June 2020** | **$24,250.00** | **Expense reimbursement (lease payments, supplies, equipment purchases)** |
| 4.3. **Pamela H. Labbe**<br>**10647 Fillmore Way**<br>**Northglenn, CO 80233**<br>**Managing Member** | **1/1/20 -**<br>**12/31/20** | **$9,086.43** | **Payroll** |
| 4.4. **Thomas E. Labbe**<br>**301 S. 2nd Street**<br>**Wortham, TX 76693**<br>**Managing Member** | **1/21/20** | **$923.08** | **Expense reimbursement** |
| 4.5. **Thomas E. Labbe**<br>**301 S. 2nd Street**<br>**Wortham, TX 76693**<br>**Managing Member** | **1/1/20 -**<br>**12/31/20** | **$14,266.20** | **Payroll** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Adams County Treasurer**<br>**Brigitte Grimm, Treasurer**<br>**4430 S. Adams County Pkwy**<br>**Brighton, CO 80601** | **Adams County took possession of the brewery equipment at the brewery in Northglenn, CO and auctioned off the property** | | **Unknown** |
| **Lake County Treasurer**<br>**Lake County Finance**<br>**505 Harrison Avenue**<br>**P.O. Box 964**<br>**Leadville, CO 80461** | **Lake County took possession of the brewery equipment at the brewery in Leadville, CO and auctioned off the property** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

Debtor    **Periodic Brewing, LLC**                                    Case number *(if known)*

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **On Deck Capital, Inc. vs. Periodic Brewing, LLC and Gregory Labbe** CL21-3470 | Collection | **Commonwealth of Virginia Arlington Circuit Court-Civil Division 1425 N. Courthouse Rd. Arlington, VA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Periodic Brewing, LLC**                                           Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Weinman & Associates, P.C.**<br>**730 17th Street**<br>**Suite 240**<br>**Denver, CO 80202** | | **8/20/20** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **1901 Arapahoe Drive**<br>**Longmont, CO 80501** | **Sept. 2014 - Oct. 2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor   **Periodic Brewing, LLC**                                          Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Community Banks of Colorado**<br>**400 Harrison Avenue**<br>**Leadville, CO 80461** | XXXX-9274 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/31/20 (closed by bank with a negative balance of $1,949.15)** | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Debtor   **Periodic Brewing, LLC**                                    Case number *(if known)*

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Abigail Reinholt 2800 Kalmia Avenue Unit A317 Boulder, CO 80301** | **January 2016 - January 2018 (bookkeeping and accounting)** |
| 26a.2.   **Chery Labbe 220 E. Lamar Avenue Temple, TX 76501** | **January 2018 - July 2018 (bookkeeping)** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Periodic Brewing, LLC**                                                  Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Virtual Bookkeeping**<br>**200 5th St. NW**<br>**Suite K**<br>**Elk River, MN 55330** | **June 2018 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **City of Northglenn**<br>**P.O. Box 5305**<br>**Northglenn, CO 80217** | **August 2018**<br>**Continuously**<br>**audited from**<br>**January 2019**<br>**through December**<br>**2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Periodic Brewing, LLC**<br>**10647 Fillmore Way**<br>**Northglenn, CO 80233** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **GVC Capital**<br>**5350 S. Roslyn Street**<br>**Greenwood Village, CO 80111** |
| 26d.2.   **Brewery Finance** |
| 26d.3.   **American Express**<br>**P.O. Box 410**<br>**Ramsey, NJ 07446-0410** |
| 26d.4.   **Square**<br>**1455 Market Street**<br>**Suite 600**<br>**San Francisco, CA** |
| 26d.5.   **On Deck**<br>**Lending Club**<br>**595 Market Street, Suite 200**<br>**San Francisco, CA 94105** |
| 26d.6.   **Trent Reynolds** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Periodic Brewing, LLC**                                  Case number *(if known)*

| Name and address | |
|---|---|
| 26d.7. | **Small Business Administration**<br>**10737 Gateway West**<br>**#300**<br>**El Paso, TX 79935** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Abigail Reinholt** | **2800 Kalmia Avenue**<br>**Unit A317**<br>**Boulder, CO 80301** | **Member** | **4.842** |
| **Christopher Reinholt** | **12885 N. 115th Street**<br>**Longmont, CO 80504** | **Member** | **2.123** |
| **Gregory C. Labbe** | **10647 Fillmore Way**<br>**Northglenn, CO 80233** | **Managing Member** | **49.430** |
| **Thomas E. Labbe** | **301 S. 2nd Street**<br>**Wortham, TX 76693** | **Managing Member** | **26.930** |
| **Matthew Kostelnik** | **737 Wildrose Way**<br>**Louisville, CO 80027** | **Member** | **10.255** |
| **GVC Capital** | **5350 S. Roslyn Street**<br>**Englewood, CO 80111** | **Member** | **1.00** |
| **Michael Patskowsky** | **321 Vivian Street**<br>**Longmont, CO 80501** | **Member** | **3.50** |
| **Vicki Barone** | **10100 S. Shadow Hill Drive**<br>**Lone Tree, CO 80124** | **Member** | **.50** |
| **Alliahu K. Bey** | **2496 E. 1825 North**<br>**Layton, UT 84040** | **Member** | **1.0** |

Debtor   **Periodic Brewing, LLC**                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laura Pisarek | 203 W. 9th Street Leadville, CO 80461 | Member | .420 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gregory C. Labbe 10647 Fillmore Way Northglenn, CO 80233** | **$38,674.47** | **May 2020 - August 2020** | **Expense reimbursement (lease payments, supplies, equipment purchases)** |
| | Relationship to debtor **Managing Member** | | | |
| 30.2. | **Pamela H. Labbe 10647 Fillmore Way Northglenn, CO 80233** | **$9,086.43** | **1/1/20 - 12/31/20** | **Payroll** |
| | Relationship to debtor **Managing Member** | | | |
| 30.3. | **Pamela H. Labbe 10647 Fillmore Way Northglenn, CO 80233** | **$24,250.00** | **1/1/20 - 12/31/20** | **Payroll** |
| | Relationship to debtor **Managing Member** | | | |
| 30.4. | **Thomas E. Labbe 301 S. 2nd Street Wortham, TX 76693** | **$14,266.20** | **1/1/20 - 12/31/20** | **Payroll** |
| | Relationship to debtor **Managing Member** | | | |

Debtor    **Periodic Brewing, LLC**                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 . | **Thomas E. Labbe**<br>**301 S. 2nd Street**<br>**Wortham, TX 76693** | **$923.08** | **1/21/20** | **Expense reimbursement** |
| | **Relationship to debtor**<br>**Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2021**

**/s/ Gregory C. Labbe**                              **Gregory C. Labbe**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name  **Periodic Brewing, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................  $            0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................  $       58,324.97

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................  $       58,324.97

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $            0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $            0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................  +$    1,374,036.06

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b     $    1,374,036.06

**Summary of Assets and Liabilities for Non-Individuals**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Periodic Brewing, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **High Plains Bank** | **Checking** | **6198** | **$0.21** |
| 3.2. | **High Plains Bank** | **Checking** | **9471** | **$4,134.98** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$4,135.19**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit with RGCC, LLC** | **$3,500.00** |
|---|---|---|
| 7.2. | **Security Deposit with TWC2, LLC** | **$4,985.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Periodic Brewing, LLC**                                    Case number *(If known)* _____
       Name

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.      **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$8,485.00** |

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

      11b. Over 90 days old:      **14,704.78**  -  **0.00**  =....    **$14,704.78**
                      face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$14,704.78** |

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Periodic Brewing, LLC**                              Case number *(If known)* _____
         Name

47.      **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

         47.1.   **2011 Ford Econoline Van**
                 **(Debtor does not have the title or keys**
                 **to the van and it is sitting in a parking**
                 **lot of a building that Debtor used to rent**
                 **which is located at 117 W. 10th Street,**
                 **Leadville, CO.  The trade-in value of the**
                 **van is $6000)**                              $0.00                           $6,000.00

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm**
         **machinery and equipment)**

51.      **Total of Part 8.**                                                                   $6,000.00
         Add lines 47 through 50.  Copy the total to line 87.

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
         ■ No
         ☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.      **Notes receivable**
         Description (include name of obligor)

72.      **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Periodic Brewing, LLC**                                        Case number *(If known)* _____
          Name

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
       **Claims against Beer By Design which was contractually obligated to pay all taxes related to Debtor's purchase of their equipment and residual inventory, and claims against Rich Egan and Vance Sabbe, owners of Beer by Design.**                                                               $25,000.00

       | Nature of claim | Breach of Contract (estimated damages) |
       | Amount requested | $0.00 |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                               $25,000.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Periodic Brewing, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,135.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,485.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,704.78 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $58,324.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $58,324.97 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Periodic Brewing, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Periodic Brewing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**5280PKG**<br>**11333 E. 55th Avenue**<br>**Denver, CO 80239**<br><br>Date(s) debt was incurred  **September 2020**<br><br>Last 4 digits of account number  **6763** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,109.40** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Adams County Treasurer**<br>**Brigitte Grimm, Treasurer**<br>**4430 S. Adams County Pkwy**<br>**Brighton, CO 80601**<br><br>Date(s) debt was incurred  **April 2020**<br><br>Last 4 digits of account number  **2707** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Property Taxes (Adams County auctioned off all equipment in April and Debtor is unsure of any balance owing after the sale auction proceeds were applied)**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Amazon**<br>**410 Terry Avenue N**<br>**Seattle, WA 98109**<br><br>Date(s) debt was incurred  **September 2020**<br><br>Last 4 digits of account number  **BJ7P** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Operation Expenses**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 410**<br>**Ramsey, NJ 07446**<br><br>Date(s) debt was incurred  **January 2020**<br><br>Last 4 digits of account number  **1000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit card used for operating expenses**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$20,762.63** |

| Debtor | Periodic Brewing, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.67 |
|---|---|---|
| ASCAP<br>Account Services<br>P.O. Box 331608<br>Nashville, TN 37203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **September 2020** | Basis for the claim:  **Music licensing** | |
| Last 4 digits of account number  **9920** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,009.99 |
|---|---|---|
| Broadcast Music, Inc.<br>P.O. Box 630893<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **September 2020** | Basis for the claim:  **Music licensing** | |
| Last 4 digits of account number  **0743** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|
| Bruz Beers<br>1675 W. 67th Avenue<br>Suite 100<br>Denver, CO 80221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **April 2020** | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number  **_** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,898.72 |
|---|---|---|
| City of Northglenn<br>Sales and Use Taxes<br>P.O. Box 5305<br>Northglenn, CO 80217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **July 2020** | Basis for the claim:  **Unpaid sales taxes** | |
| Last 4 digits of account number  **4346** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,735.06 |
|---|---|---|
| Comcast Business<br>9602 S. 200 W<br>Suite B<br>Sandy, UT 84070-3302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **September 2020** | Basis for the claim:  **Internet service** | |
| Last 4 digits of account number  **4123** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,949.15 |
|---|---|---|
| Community Banks of Colorado<br>P.O. Box 26526<br>Kansas City, MO 64196 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **September 2020** | Basis for the claim:  **Overdraft** | |
| Last 4 digits of account number  **9274** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,967.29 |
|---|---|---|
| Constellation<br>P.O. Box 5473<br>Carol Stream, IL 60197-5473 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **September 2020** | Basis for the claim:  **Natural gas vendor** | |
| Last 4 digits of account number  **7610** | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Periodic Brewing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$610.00** |
|---|---|---|---|

**Diedrich Construction Company**
P.O. Box 915
Leadville, CO 80461

Date(s) debt was incurred  **September 2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trash service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.24** |
|---|---|---|---|

**Eldorado Artesian Springs, Inc.**
P.O. Box 172526
Denver, CO 80217

Date(s) debt was incurred  **January 2020**

Last 4 digits of account number  **5858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,174.00** |
|---|---|---|---|

**Elite Brands of Colorado**
4780 Holly Street
Denver, CO 80216

Date(s) debt was incurred  **September 2020**

Last 4 digits of account number  **4890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565.00** |
|---|---|---|---|

**FMG**
P.O. Box 11395
Denver, CO 80211

Date(s) debt was incurred  **March 2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cold Storage Facility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,127.01** |
|---|---|---|---|

**General Air**
1105 Zuni Street
Denver, CO 80204

Date(s) debt was incurred  **September 2020**

Last 4 digits of account number  **6249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brewery supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$609,000.00** |
|---|---|---|---|

**GVC Capital**
5350 S. Roslyn Street
Greenwood Village, CO 80111

Date(s) debt was incurred  **November 2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expansion funding**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$388.00** |
|---|---|---|---|

**Heyes Filters, Inc.**
1741 Torrance Blvd., #A
Torrance, CA 90501

Date(s) debt was incurred  **February 2020**

Last 4 digits of account number  **1138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Brewery supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Periodic Brewing, LLC** | | Case number (if known) | |
| | Name | | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,498.72** |
|---|---|---|---|
| | **High Plains Bank** | ☐ Contingent | |
| | **600 Kimbark Street** | ☐ Unliquidated | |
| | **Longmont, CO 80501** | ☐ Disputed | |
| | Date(s) debt was incurred  **May 2020** | Basis for the claim:  **Paycheck protection loan program** | |
| | Last 4 digits of account number  **7010** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$463.98** |
|---|---|---|---|
| | **Intermountain Systems** | ☐ Contingent | |
| | **1026 Bannock Street** | ☐ Unliquidated | |
| | **Denver, CO 80204** | ☐ Disputed | |
| | Date(s) debt was incurred  **September 2020** | Basis for the claim:  **Fire alarm service** | |
| | Last 4 digits of account number  **1340** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,339.95** |
|---|---|---|---|
| | **JPMorgan Chase** | ☐ Contingent | |
| | **Card Services** | ☐ Unliquidated | |
| | **P.O. Box 15298** | ☐ Disputed | |
| | **Wilmington, DE 19850** | | |
| | Date(s) debt was incurred  **September 2020** | Basis for the claim:  **Credit card used for operation expenses** | |
| | Last 4 digits of account number  **4430** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,423.00** |
|---|---|---|---|
| | **Krekeler, Frank** | ☐ Contingent | |
| | **232 Detering Street** | ☐ Unliquidated | |
| | **Unit B** | ☐ Disputed | |
| | **Houston, TX 77007** | | |
| | Date(s) debt was incurred  **January 2020** | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$268,044.88** |
|---|---|---|---|
| | **Labbe, Gregory Chris** | ☐ Contingent | |
| | **10647 Fillmore Way** | ☐ Unliquidated | |
| | **Northglenn, CO 80233** | ☐ Disputed | |
| | Date(s) debt was incurred  **2015 - 2020** | Basis for the claim:  **Loans to company** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Lake County Treasurer** | ☐ Contingent | |
| | **Lake County Finance** | ☐ Unliquidated | |
| | **505 Harrison Avenue** | ☐ Disputed | |
| | **P.O. Box 964** | | |
| | **Leadville, CO 80461** | Basis for the claim:  **Property taxes (all property auctioned off by Lake County and Debtor is unsure of any balance owing after the sale auction proceeds were applied))** | |
| | Date(s) debt was incurred  **April 2020** | | |
| | Last 4 digits of account number  **4314** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145.00** |
|---|---|---|---|
| | **Laughlin Garage Door** | ☐ Contingent | |
| | **7911 Wolff Court** | ☐ Unliquidated | |
| | **Westminster, CO 80030** | ☐ Disputed | |
| | Date(s) debt was incurred  **April 2019** | Basis for the claim:  **Facility repair** | |
| | Last 4 digits of account number  **1244** | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | **Periodic Brewing, LLC** |
| | Name |

Case number (if known) _____

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,910.19**

**Lending Tree**
595 Market Street
Suite 200
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2020**

Basis for the claim:  **Cashflow for operations**

Last 4 digits of account number  **2363**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,459.27**

**nTherm**
P.O. Box 912996
Denver, CO 80291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2020**

Basis for the claim:  **Natural gas vendor**

Last 4 digits of account number  **4256**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,622.80**

**On Deck Capital**
901 N. Stuart Street
Suite 700
Arlington, VA 22203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2020**

Basis for the claim:  **Operational cash flow**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,750.00**

**Orchestra Software**
P.O. Box 35143
#1002
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2018**

Basis for the claim:  **Accounting software**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,420.00**

**Register Tapes Unlimited**
1445 Langham Creek
Houston, TX 77084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **may 2019**

Basis for the claim:  **Marketing services**

Last 4 digits of account number  **8416**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$489.42**

**Rollins Service Bureau**
P.O. Box 647
Atlanta, GA 30301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2020**

Basis for the claim:  **Pest control services**

Last 4 digits of account number  **2049**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,417.16**

**Saxco, LLC**
P.O. Box 7526
San Francisco, CA 94120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2018**

Basis for the claim:  **Packaging supplies**

Last 4 digits of account number  **1424**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Periodic Brewing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
Sesac
P.O. Box 5246
New York, NY 10008

Date(s) debt was incurred  **January 2020**

Last 4 digits of account number  **6230**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Music licensing**

Is the claim subject to offset? ■ No ☐ Yes

**$1,147.52**

---

**3.34** | Nonpriority creditor's name and mailing address
Small Business Administration
Colorado District
721 19th Street, Suite 426
Denver, CO 80202

Date(s) debt was incurred  **may 2020**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pandemic loan**

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.35** | Nonpriority creditor's name and mailing address
Square
1455 Market Street
Suite 600
San Francisco, CA 94103

Date(s) debt was incurred  **February 2020**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cashflow and production expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$9,845.00**

---

**3.36** | Nonpriority creditor's name and mailing address
State of Colorado
Colorado Department of Revenue
Denver, CO 80261

Date(s) debt was incurred  **July 2019**

Last 4 digits of account number  **8LQE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **State liquor excise taxes**

Is the claim subject to offset? ■ No ☐ Yes

**$555.62**

---

**3.37** | Nonpriority creditor's name and mailing address
State of Colorado
Colorado Department of Revenue
Denver, CO 80261

Date(s) debt was incurred  **July 2019**

Last 4 digits of account number  **3SLS**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales tax**

Is the claim subject to offset? ■ No ☐ Yes

**$55,894.71**

---

**3.38** | Nonpriority creditor's name and mailing address
State of Colorado
Colorado Dept. of Revenue
Denver, CO 80261

Date(s) debt was incurred  **September 2020**

Last 4 digits of account number  **5WTH**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wage withholding**

Is the claim subject to offset? ■ No ☐ Yes

**$391.00**

---

**3.39** | Nonpriority creditor's name and mailing address
Upper Arkansas Area Council of Governmen
3224 Independence Rd.
Canon City, CO 81212

Date(s) debt was incurred  **June 2016**

Last 4 digits of account number  **0908**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No ☐ Yes

**$37,280.00**

---

Debtor    **Periodic Brewing, LLC**                                              Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170<br><br>Date(s) debt was incurred  **March 2020**<br>Last 4 digits of account number  **F000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Shipping services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$183.32** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>US Tax and Trade Buerau<br>TTB Excise Tax<br>P.O. Box 790353<br>Saint Louis, MO 63179<br><br>Date(s) debt was incurred  **October 2018**<br>Last 4 digits of account number  **1192** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Excise taxes and penalties**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$667.21** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>US Tax and Trade Buerau<br>TTB Excise Tax<br>P.O. Box 790353<br>Saint Louis, MO 63179<br><br>Date(s) debt was incurred  **October 2018**<br>Last 4 digits of account number  **1321** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Excise taxes and penalties**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$6,002.31** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Vail Resorts<br>The Vail Corporation<br>P.O. Box 731939<br>Dallas, TX 75373<br><br>Date(s) debt was incurred  **may 2019**<br>Last 4 digits of account number  **8603** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Marketing**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$500.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Waste Management<br>P.O. Box 43350<br>Phoenix, AZ 85080<br><br>Date(s) debt was incurred  **September 2020**<br>Last 4 digits of account number  **3004** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trash services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$259.65** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Westside Crane Service<br>3737 McCaslin Blvd.<br>Louisville, CO 80027<br><br>Date(s) debt was incurred  **February 2019**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$500.00** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477<br><br>Date(s) debt was incurred  **September 2020**<br>Last 4 digits of account number  **1177** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Electrical services - Leadville location**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$7,135.57** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Periodic Brewing, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,620.62 |
|---|---|---|---|

**Xcel Energy**
**P.O. Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2020**

Last 4 digits of account number  **7013**

Basis for the claim:  **Electrical services - Northglenn location**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Recovery Services, Inc.**<br>**555 St. Charles Drive**<br>**Suite 100**<br>**Thousand Oaks, CA 91360** | Line  **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **MRS Associates**<br>**1930 Olney Avenue**<br>**Cherry Hill, NJ 08003** | Line  **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Vincent Aubrey, Esq.**<br>**Aubrey Thrasher LLC**<br>**1170 Peachtree Street NE**<br>**Suite 1925**<br>**Atlanta, GA 30309** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Zachary Dougherty, Esq.**<br>**Anderson Law Group**<br>**7385 W US Highway 50**<br>**Salida, CO 81201** | Line  **3.39**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,374,036.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,374,036.06 |

**Fill in this information to identify the case:**

Debtor name **Periodic Brewing, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Premise Lease Agreement dated 5/1/19 Building Lease located at 117 W. 10th St., Leadville, CO  80461 Lease term: 5 years Minimum Annual Rent: 10% of purchase price of building paid by landlord** | |
| | State the term remaining | **4 years** | **RGCC, LLC 2112 SW 40th Ter Cape Coral, FL 33914** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated 6/1/12 and Lease Addendum dated 5/6/20 Month to Month Lease - $2800 per month Premise lease: 2100 E. 112th Avenue, Unit 1, Northglenn, CO  80233** | |
| | State the term remaining | **1 year** | **TWC2, LLC 2100 E. 112th Avenue Unit 3 Northglenn, CO 80233** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Periodic Brewing, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name   **Periodic Brewing, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 23, 2021**    *X* **/s/ Gregory C. Labbe**
                                            Signature of individual signing on behalf of debtor

                                          **Gregory C. Labbe**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Colorado

In re   **Periodic Brewing, LLC**                               Case No.

                                            Debtor(s)                  Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 23, 2021**                    **/s/ Gregory C. Labbe**

                                                **Gregory C. Labbe**/**Managing Member**
                                                Signer/Title